SCWC-16-0000845

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONNA LEE CHING,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

NANCY LOO DUNG, Individually, and as Trustee under that certain unrecorded Nancy Loo Dung Revocable Living Trust dated September 8, 1993; The Estate of DENNIS QUAN KEONG DUNG, DECEASED AS Trustee under that certain unrecorded Irrevocable Trust for Dixon Quan Hon Dung, dated June 21, 1995, and as Trustee under that certain unrecorded Nancy Loo Dung Revocable Living Trust dated September 8, 1993; PATSY BOW YUK DUNG, Individually, and as Trustee under that certain unrecorded Revocable Trust Agreement dated August 19, 2003; DIXON QUAN HON DUNG; BILLIE DUNG; ANNETTE KWAI FAH DUNG; DENBY DUNG; DARAH DUNG; DEAN DUNG, Respondents/Defendants-Appellees/Cross-Appellants.
(CIVIL NO. 07-1-1116-06)

---

DONNA L. CHING, Individually,
Petitioner/Plaintiff/Counterclaim
Defendant-Appellant/Cross Appellee,

vs.

ANNETTE KWAI FAH DUNG, Personal Representative of the Estate of Dennis Quan Keong Dung; PATSY BOW YUK DUNG, Trustee of the Revocable Trust of Patsy Bow Yuk Dung, Individually; BILLIE DUNG, Individually; DARAH DUNG, Individually; DEAN DUNG, Individually; DENBY DUNG, Individually,
Respondents/Defendants/Counterclaim
Plaintiffs-Appellees/Cross-Appellants.
(CIVIL NO. 13-1-2929-11)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000845)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ.,
Circuit Judge Crabtree, in place of Recktenwald, C.J., recused,
and Circuit Judge Tonaki, in place of McKenna, J., recused)

Petitioner Donna Lee Ching's application for writ of certiorari filed on October 11, 2019, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, December 4, 2019.

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeffery P. Crabtree

/s/ John M. Tonaki

